1
2
3                                                                    "O"
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACR 96-025 DOC |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| DERYL WILLIAM THOMPSON, ) | |
| Defendant. ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds the defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense, defendant's extensive criminal history, and ongoing association with gangsters.

/ / /

/ / /

/ / /

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 22, 2007

*ARTHUR NAKAZATO*

ARTHUR NAKAZATO
UNITES STATES MAGISTRATE JUDGE